IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> DESIGN BUILD MECHANICAL CORPORATION, VA, *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> )    Case No. 1:15-cv-952 <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The matter is before the Court on the magistrate judge's Report and Recommendation (Doc. 79). The Report and Recommendation was filed on July 21, 2016, and recommends granting plaintiffs' motion for default judgment against defendant Design Build Mechanical Corporation, VA ("DBMC") (Doc. 72).[1] Because the Report and Recommendation was served on DBMC via mail pursuant to Rule 5(b)(2)(C), Fed. R. Civ. P., DBMC had until Monday, August 8, 2016 to file any objections pursuant to Rule 72(b), Fed. R. Civ. P. *See* Rule 6(d), Fed. R. Civ. P (extending the time to act where service is made under Rule 5(b)(2)(C)). No objections were timely filed,[2] and the Court has conducted a *de novo* review of the Report and Recommendation and the record in the case.

Accordingly, and for good cause,

---

[1] The only other defendant in this case, Ryan N. Rhed, was dismissed on May 6, 2016 (Doc. 76).

[2] DBMC is currently proceeding *pro se* in direct violation of an Order dated March 7, 2016 (Doc. 43). Accordingly, any objection filed by DBMC other than through counsel would have been improper and stricken from the record.

1

It is hereby **ORDERED** that the Court **ADOPTS** the findings and conclusions of the Report and Recommendation (Doc. 79), and it is therefore further **ORDERED** that plaintiffs' motion for default judgment (Doc. 72) is **GRANTED**.

Accordingly, it is further **ORDERED** that the Clerk is **DIRECTED** (i) to enter judgment in favor of plaintiffs Allied World Specialty Insurance Company and Allied World Reinsurance Company and against defendant Design Build Mechanical Corporation, VA pursuant to Rule 58, Fed. R. Civ. P., in the total amount of $11,293,103.94, (ii) to send a copy of this Order to all counsel of record and to the registered agent for defendant Design Build Mechanical Corporation, VA, and (iii) to place this matter among the ended causes.

Alexandria, Virginia
August 9, 2016

/s/
_____
T. S. Ellis, III
United States District Judge