# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Allied World Specialty Insurance Company, et al. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:15-cv-952 ) ) |
| Design Build Mechanical Corporation, VA, et al. | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the order of this Court entered on August 9, 2016 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Allied World Specialty Insurance Company and Allied World Reinsurance Company and against Design Build Mechanical Corporation, VA in the amount of $11, 293,103.94.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
Deisy Estevez
Deputy Clerk

Dated: August 11, 2016
Alexandria, Virginia